IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIGEN SYSTEMS LIMITED, KINETIC ENGINEERING DESIGNS LIMITED and KINETIC CUTTING SYSTEMS, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| MESSER CUTTING SYSTEMS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## <u>PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1., Plaintiffs Eigen Systems Limited, Kinetic Engineering Designs Limited, and Kinetic Cutting Systems, Inc. state the following:

Plaintiff Eigen Systems Limited does not have a parent corporation. No public corporation owns ten percent or more of its stock.

Plaintiff Kinetic Engineering Designs Limited does not have a parent corporation. No public corporation owns ten percent or more of its stock.

Plaintiff Kinetic Cutting Systems, Inc. does not have a parent corporation. No public corporation owns ten percent or more of its stock.

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Kevin E. Cadwell | SHAW KELLER LLP |
| Bradley S. Bowling | I.M. Pei Building |
| Jon V. Swenson | 1105 North Market Street, 12th Floor |
| CADWELL THOMAS LLP | Wilmington, DE 19801 |
| 5373 W. Alabama St., Suite 457 | (302) 298-0700 |
| Houston, TX 77056 | arussell@shawkeller.com |
| (713) 360-1560 | *Attorney for Plaintiffs Eigen Systems* |
| | *Limited, Kinetic Engineering Designs* |
| Dated: July 20, 2026 | *Limited and Kinetic Cutting Systems, Inc.* |